Sarah Shapero (Bar No. 281748)
Jessica Adair (Bar No. 348364)
SHAPERO LAW FIRM
500 Pine Street, Suite 530
San Francisco, California 94111
Telephone:  (415)273-3504
Facsimile:   (415)273-3508

Attorney for Plaintiff,
MARGUERITE A. YOUNG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGUERITE A. YOUNG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FCI LENDER SERVICES, INC.; JANICE FINLEY AND JAMES SAXON III C/O CALIFORNIA TD SPECIALISTS; SINGER LAW GROUP; COASTAL COMMUNITY BANK; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-00788-KAW<br><br>**STIPULATION TO DISMISS ANSWERING DEFENDANT COASTAL COMMUNITY BANK** |

STIPULATION TO DISMISS ANSWERING DEFENDANTS

1       IS HEREBY STIPULATED AND AGREED by Plaintiff MARGUERITE A. YOUNG

2 ("Plaintiff") on one hand, and Defendant COASTAL COMMUNITY BANK; ("Defendant")

3 (together, "Parties") on the other, by and through their respective counsel, that:

4       WHEREAS, Plaintiff, instituted this action by the filing of a Complaint with Marin County

5 Superior Court on or about February 14, 2023;

6       WHEREAS, Defendants FCI LENDER SERVICES, INC. AND CALIFORNIA TD

7 SPECIALISTS filed a Notice of Removal to this Court on February 22, 2023;

8       WHEREAS, Defendant COASTAL COMMUNITY BANK filed an Answer to the

9 Complaint on March 8, 2023;

10       WHEREAS, Plaintiff no longer wishes to pursue litigation and seeks a Voluntary

11 Dismissal in this Action;

12       WHEREAS, pursuant to Fed R. Civ. P. 41(a)(1), the Plaintiff may dismiss an action

13 without a court order by filing a stipulation of dismissal signed by all parties who have appeared;

14       WHEREAS, the Voluntary Dismissal will be without prejudice;

15       NOW THEREFORE, it is hereby stipulated and agreed by and between Plaintiff and

16 Defendant, by and through their respective counsel, that Plaintiff will voluntarily dismiss this

17 action and Answering Defendants without prejudice.

18 **IT IS SO STIPULATED:**

19

20 Dated: April 11, 2023           SINGER LAW GROUP

21

22                          Daniel Singer
                         Attorney for Defendant,

23                          COASTAL COMMUNITY BANK

24 Dated: April 11, 2023

25           SHAPERO LAW FIRM

26                          SARAH SHAPERO

27                          JESSICA ADAIR
                         Attorneys for Plaintiff

28                          MARGUERITE A. YOUNG

1  Sarah Shapero (Bar No. 281748)
   Jessica Adair (Bar No. 348364)
2  SHAPERO LAW FIRM
   500 Pine Street, Suite 530
3  San Francisco, California 94111
   Telephone:   (415)273-3504
4  Facsimile:   (415)273-3508

5
   Attorney for Plaintiff,
6  MARGUERITE A. YOUNG

7
8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  MARGUERITE A. YOUNG, an individual,        Case No. 3:23-cv-00788-KAW

12              Plaintiff,                       **STIPULATION TO DISMISS
                                                 ANSWERING DEFENDANTS FCI
13          v.                                   LENDER SERVICES, INC. AND
                                                 CALIFORNIA TD SPECIALISTS**
14  FCI LENDER SERVICES, INC.; JANICE
15  FINLEY AND JAMES SAXON III C/O
    CALIFORNIA TD SPECIALISTS; SINGER
16  LAW GROUP; COASTAL COMMUNITY
    BANK; and DOES 1 through 20, inclusive,
17
18              Defendants.

19
20
21
22
23
24
25
26
27
28

1
2
3      IS HEREBY STIPULATED AND AGREED by Plaintiff MARGUERITE A. YOUNG
4  ("Plaintiff") on one hand, and Defendants FCI LENDER SERVICES, INC.; CALIFORNIA TD
5  SPECIALISTS; SINGER LAW GROUP ; ("Defendant") (together, "Parties") on the other, by and
6  through their respective counsel, that:
7      WHEREAS, Plaintiff, instituted this action by the filing of a Complaint with Marin County
8  Superior Court on or about February 14, 2023;
9      WHEREAS, Defendants FCI LENDER SERVICES, INC. AND CALIFORNIA TD
10 SPECIALISTS filed a Notice of Removal to this Court on February 22, 2023;
11     WHEREAS, Defendants FCI LENDER SERVICES, INC. AND CALIFORNIA TD
12 SPECIALISTS filed an Answer to the Complaint on March 7, 2023;
13     WHEREAS, Plaintiff no longer wishes to pursue litigation and seeks a Voluntary
14 Dismissal in this Action;
15     WHEREAS, pursuant to Fed R. Civ. P. 41(a)(1), the Plaintiff may dismiss an action
16 without a court order by filing a stipulation of dismissal signed by all parties who have appeared;
17     WHEREAS, the Voluntary Dismissal will be without prejudice;
18     NOW THEREFORE, it is hereby stipulated and agreed by and between Plaintiff and
19 Defendant, by and through their respective counsel, that Plaintiff will voluntarily dismiss this
20 action and Answering Defendants without prejudice.
21 **IT IS SO STIPULATED:**
22
     Dated:  April 11 , 2023                    THE RYAN FIRM
23
24
                                               _____
25                                             Michael Stoltzman
                                               Attorney for Defendants,
26                                             FCI LENDER SERVICES, INC. AND
                                               CALIFORNIA TD SPECIALISTS
27
28

STIPULATION TO DISMISS ANSWERING DEFENDANTS

1    Dated:  April 11, 2023                    SHAPERO LAW FIRM

2                                              *Jessica Adair*
3                                              _____
     SARAH SHAPERO
4                                              JESSICA ADAIR
     Attorneys for Plaintiff
5                                              MARGUERITE A. YOUNG

6

7

8    Dated:  April 13, 2023

9

10                               GRANTED

11

12                          Judge Edward M. Chen

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS ANSWERING DEFENDANTS